Next case is, two cases, numbers 24-1946 and 24-2056, Eric Johnson against David Mazie. Bruce Nagel